IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GINGER PATTON, | : | |
|     Plaintiff | : | No. 3:16-CV-2533 |
| | : | |
| v. | : | (Judge Nealon) |
| | : | |
| NANCY A. BERRYHILL, | : | |
| Acting Commissioner of Social Security, | : | |
|     Defendant | : | |

## ORDER

**AND NOW, THIS 27TH DAY OF OCTOBER, 2017**, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Magistrate Judge's Report and Recommendation, (Doc. 15), is **ADOPTED IN PART** regarding the recommendation that the ALJ's Step Three determination is supported by substantial evidence and is **NOT ADOPTED IN PART** regarding the recommendation that the ALJ's RFC determination is supported by substantial evidence;

2. Plaintiff's appeal of the decision of the Commissioner of the Social Security Administration, (Doc. 1), is **GRANTED**;

3. The Commissioner's decision denying Plaintiff, Ginger Patton, supplemental security income is **VACATED**;

4. The matter is **REMANDED** to the Commissioner of Social Security for further proceedings;

5. Judgment is **ENTERED** in favor of Plaintiff and against Defendant; and

6. The Clerk of Court is directed to **CLOSE** this case.

                                                  /s/ William J. Nealon
                                                  **United States District Judge**